**Order entered January 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01088-CR
No. 05-20-00031-CR

**POLYCARP OIGO ONCHOKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00423-X & F19-00422-X**

## ORDER

We **REINSTATE** appellate cause number 05-19-01088-CR which was abated because appellant's brief had not been filed.

During the abatement, appellant's pro se notice of appeal in cause number F19-00422-X was filed. Because the notice of appeal was filed in the trial court on August 27, 2019, twelve days after the trial court's judgment, the notice of appeal is timely filed despite the five-month delay in the notice being filed with this Court. *See* TEX. R. APP. P. 25.2(c)(1), 26.2(a). The appeal was assigned appellate cause number 05-20-00031-CR but is a companion case to appellate number 05-19-01088-CR. The clerk's record in 05-20-00031-CR has been filed. The reporter's record filed in 05-19-01088-CR bears trial cause numbers F19-00423-X and F19-

00422-X. In addition, court reporter Cherie Williams notified the Court by letter dated January 14, 2020 that the reporter's record filed on October 15, 2019 in 05-19-01088-CR is also the reporter's record for 05-20-00031-CR. We **DIRECT** the Clerk to reflect that the reporter's record in 05-20-00031-CR was filed on October 15, 2019.

Because 05-20-00031-CR is a companion case to 05-19-01088-CR, we **DIRECT** the Clerk to list J. Daniel Oliphant as appointed counsel of record in 05-20-00031-CR. All future notices regarding these appeals shall bear both numbers.

On January 21, 2020, a supplemental clerk's record was filed in 05-19-01088-CR containing the trial court's findings and recommendations. We **ADOPT** the trial court's December 18, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant is indigent and is represented by appointed counsel J. Daniel Oliphant, and (3) counsel has not abandoned the appeal but needs additional time to file the brief due to his heavy trial docket workload.

We **ORDER** the brief is these appeals be filed on or before February 28, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.


/s/     LANA MYERS
JUSTICE